**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Scott Foor,** | ) | **CASE NO. 1:12 CV 1754** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **The City of Cleveland,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant.** | ) | |

This Court, having issued its Memorandum of Opinion and Order denying plaintiff's Motion for Partial Summary Judgment (Doc. 36) and granting defendant's Motion for Summary Judgment (Doc. 38), hereby enters judgment for defendant.

IT IS SO ORDERED.

/s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Date: 8/14/13